UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

v.
                               NO. 5:24-CR-039-02-H

LANDON HENDERSON JACKSON
(2),
   Defendant.

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
CONCERNING PLEA OF GUILTY**

After reviewing all relevant matters of record, including the Notice
Regarding Entry of a Plea of Guilty, the Consent of the Defendant, and the
Report and Recommendation Concerning Plea of Guilty of the United
States Magistrate Judge, and no objections thereto having been filed within
fourteen (14) days of service in accordance with 28 U.S.C. § 636(b)(1), the
undersigned District Judge is of the opinion that the Report and
Recommendation of the Magistrate Judge concerning the Plea of Guilty is
correct, and it is hereby accepted by the Court.  Accordingly, the Court
accepts the plea of guilty and Defendant is hereby adjudged guilty.

Sentence will be imposed in accordance with the Court's scheduling
order.

SO ORDERED.

Dated February 14, 2025.

_____
JAMES WESLEY HENDRIX

UNITED STATES DISTRICT JUDGE